**COLLABORATIVE AGREEMENTS, LLC, DBA Oui Agree, Plaintiff-Appellant**

v.

**ADOBE SYSTEMS INCORPORATED, Defendant-Appellee**

Citrix Systems, Inc., TiVo, Inc., Time Warner Cable Inc., Time Warner Cable Enterprises LLC, Time Warner Cable Texas LLC, Time Warner Cable Information Systems (Texas) LLC, Time Warner Cable Information Services (Texas) LLC, Defendants

**2016-2560**

United States Court of Appeals, Federal Circuit.

August 25, 2017

CHRISTIAN JOHN HURT, Nix Patterson & Roach LLP, Dallas, TX, argued for plaintiff-appellant. Also represented by DEREK TOD GILLILAND, Daingerfield, TX.

CRAIG E. COUNTRYMAN, Fish & Richardson, PC, San Diego, CA, argued for defendant-appellee. Also represented by JASON W. WOLFF; FRANK SCHERKENBACH, Boston, MA; LEAH A. EDELMAN, Washington, DC; NEIL WARREN, Redwood City, CA.

(O'Malley, Reyna, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**